UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVE SANTACROCE,
CHRIS McLAUGHLIN, and
SANDRA McGRATH,
Individually and on Behalf of All Other
Persons Similarly Situated,

Plaintiffs,
v.

BOSTON HARBOR CRUISE LINES, INC.,

Defendant.

C.A. No. 06-CA-11299-GAO

## DECLARATION OF CHRIS McLAUGHLIN

1. I am one of the Plaintiffs in this action. I was employed by the Defendant as a Deckhand and a Senior Deckhand between June 2000 and October 2004. For the most part my duties were essentially the same throughout my tenure, even though my job title differed at different times.

2. In this lawsuit, I seek to recover unpaid overtime wages owed to me and the other Deckhands who are or were employed by the Defendant and who are not already parties to this action for work done during the period beginning on July 27, 2003 and ending on the date of final disposition of this action (the "Class Period"). Defendant operates cruise vessels in and around Boston Harbor.

3. I believe that during the period July 27, 2003 through the date of this declaration, Defendant has employed at least 100 individuals as Deckhands.

4. As a Deckhand, my job primarily involved stocking boat supplies; collecting tickets from passengers, counting them, and assisting them in boarding and disembarking the boats to ensure

their safety; cleaning the decks, exteriors and windows of the boats; cleaning restroom areas on the boats and removing trash from the boats; removing snow and ice from the boat decks, docks and surrounding areas.

5. Substantially more than twenty percent (20%) of my time was spent on tasks of this nature, which were not rendered primarily as an aid in the operation of the vessel as a means of transportation.

6. During the course of my employment by Defendant, I worked on vessels which were making the commuter trips to and from Boston, whale watch trips, harbor cruises, and chartered event trips. On each type of trip, my job duties as outlined above (in ¶4) and the time I spent performing these duties as outlined above (in ¶5) were the same.

7. I personally worked with other Deckhands, including Megan McLaughlin, Steve Santacroce, Tim Walsh, Scott Underdown, Paul Haggenberger, Ethan Rynek, Adam Murphy, Phil Le, Shawn Nye, and Jeff Witcher. Based upon my personal observations and conversations I had with other Deckhands employed by Defendant, I can say that these other Deckhands performed similar duties to the ones I performed (as described in ¶4 above) and spent roughly the same percent of their time (as described in ¶5 above) performing these duties. In that regard, my experience working for the Defendant was typical of the experiences of all Deckhands.

8. I and other Deckhands of whom I am aware were paid a set hourly wage and regularly worked substantially in excess of forty (40) hours per week, in particular during the "peak" summer season.

9. Defendant did not pay me time and one-half my regular hourly rate of pay for any hours which I worked in excess of forty (40) in any week. Defendant did not pay any Deckhands of

whom I am aware time and one-half their regularly hourly rate of pay for hours worked in excess of forty (40) in any week. My experience is typical of that of other Deckhands employed by the Defendant.

10. I and the other Deckhands employed by the Defendant during the Class Period have together been the victims of a single illegal policy or plan of the Defendant: its refusal to pay us overtime wages owed to us under the Fair Labor Standards Act, 29 U.S.C. §§201 *et seq.* During the Class Period and before, the Defendant's overtime policies have been identical with respect to all of us.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON ~~NOVEMBER         2006~~. January 1, 2007

_____
Signature

Chris McLaughlin
_____
Print Name