# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

STEVE SANTACROCE,
CHRIS McLAUGHLIN, and
SANDRA McGRATH,
Individually and on Behalf of All Other
Persons Similarly Situated,

           Plaintiffs,

           v.

BOSTON HARBOR CRUISE LINES, INC.,

           Defendant.

C.A. No.  06-CA-11299-GAO

## DECLARATION OF SANDRA McGRATH

1.     I am one of the Plaintiffs in this action.  I was employed by the Defendant as a Galley Staff member between August 2004 and the present.

2.     In this lawsuit, I seek to recover unpaid overtime wages owed to me and the other Galley Staff who are or were employed by the Defendant and who are not already parties to this action for work done during the period beginning on July 27, 2003 and ending on the date of final disposition of this action (the "Class Period").  Defendant operates cruise vessels in and around Boston Harbor.

3.     I believe that during the period July 27, 2003 through the date of this declaration, Defendant has employed at least 50 individuals as Galley Staff.

4.     As a Galley Staff member, my job primarily involved bartending; selling food and beverage items to passengers; stocking and cleaning the galley area of the boats; removing trash from and cleaning the boats; occasionally taking passenger tickets; and giving minor first aid, seasickness, or other assistance to the passengers.

5.      Substantially more than twenty percent (20%) of my time was spent on tasks of this nature, which were not rendered primarily as an aid in the operation of the vessel as a means of transportation.

6.      During the course of my employment by Defendant, I have worked on numerous vessels, including the Nora Vittoria, the Aurora, the Salacia, the Laura, and the Matthew J. Hughes. On each of these vessels, my job duties as outlined above (in ¶4) and the percentage of my time spent performing these duties as outlined above (in ¶5) were the same.

7.      During the course of my employment by Defendant, I have worked on vessels which were making commuter trips to and from Boston, whale watches, harbor cruises, and chartered event trips.  On each type of trip, my job duties as outlined above (in ¶4) and the percentage of my time spent performing these duties as outlined above (in ¶5) were the same.

8.      Based on the facts outlined in ¶¶6 and 7 above, and based on my conversations with other Galley Staff employed by the Defendant, I believe that all persons who worked for Defendant as Galley Staff have performed the same duties as I have performed during the Class Period and that those duties required the same percentage of their time as they did of my time.

9.      I and other Galley Staff of whom I am aware were paid a set hourly wage and regularly worked substantially in excess of forty (40) hours per week, in particular during the "peak" summer season.

10.      Defendant did not pay me time and one-half my regular hourly rate of pay for any hours which I worked in excess of forty (40) in any week.  Defendant did not pay any Galley Staff of whom I am aware time and one-half their regularly hourly rate of pay for hours worked in excess of forty (40) in any week.

11.     I and the other Galley Staff employed by the Defendant during the Class Period have together been the victims of a single illegal policy or plan of the Defendant: its refusal to pay us overtime wages owed to us under the Fair Labor Standards Act, 29 U.S.C. §§201 *et seq.*  During the Class Period and before, the Defendant's overtime policies have been identical with respect to all of us.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON NOVEMBER __6__, 2006.

_____
Signature

_____
Print Name