UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE SANTACROCE,<br>CHRIS McLAUGHLIN and<br>SANDRA McGRATH,<br>Individually and on Behalf of<br>All Other Persons Similarly Situated,<br>    Plaintiffs<br><br>v.<br><br>BOSTON HARBOR CRUISE LINES, INC.,<br>    Defendant | CIVIL ACTION NO.<br>06-CA-11299-GAO |

**AFFIDAVIT OF FREDERICK L. NOLAN, III IN SUPPORT OF OPPOSITION OF DEFENDANT, BOSTON HARBOR CRUISE LINES, INC., TO PLAINTIFFS' MOTION FOR ORDERS (1) DIRECTING DEFENDANT TO PROVIDE PLAINTIFFS WITH THE NAMES AND CONTACT INFORMATION OF ALL PUTATIVE FLSA CLASS MEMBERS AND (2) AUTHORIZING PLAINTIFFS' COUNSEL TO ADVISE SUCH CLASS MEMBERS OF THE PENDENCY OF THIS ACTION AND THEIR OPPORTUNITY TO PARTICIPATE IN IT AND REASONS IN SUPPORT OF OPPOSITION**

I, Frederick L. Nolan, III, state the following under pains and penalties of perjury.

1. I am a member of Harbor Cruises, LLC.

2. I have knowledge of the dates of employment of the representative Plaintiffs and Opt-In Plaintiffs in the above matter. Specifically, the employment of (i) Susan Cardenas ended on April 5, 2003; (ii) Keith Carrico ended on May 12, 2002; (iii) Phil Correia ended on December 20, 2002; (iv) Mike Fitzgerald ended on June 25, 2000; (v) Toby Grossman ended on April 18, 2002; (vi) John Hamm ended on August 14, 2003; (vii) Courtney Moore ended on January 14,

2002; (viii) Keryn Moore ended on January 14, 2002; (ix) Gail Crane ended on June 20, 2004; (x) Edward McGrail ended on December 26, 2003; and (xi) Mark Pohlman ended on September 5, 2003.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF MARCH, 2007.

_____
FREDERICK L. NOLAN, III

### CERTIFICATE OF SERVICE

I, Mary E. O'Neal, Attorney for Defendant, Boston Harbor Cruise Lines, Inc., hereby certify that the foregoing Affidavit of Rick Nolan in Opposition of Defendant, Boston Harbor Cruise Lines, Inc., to Plaintiffs' Motion for Orders (1) Directing Defendant to Provide Plaintiffs with the Names and Contact Information of All Putative FLSA Class Members and (2) Authorizing Plaintiffs' Counsel to Advise Such Class Members of the Pendency of This Action and Their Opportunity to Participate in It and Reasons in Support of Opposition., upon the Plaintiffs, Steve Santacroce, Chris McLaughlin and Sandra McGrath, Individually and on Behalf of All Other Persons Similarly Situated, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of the Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the 22nd day of March, 2007.

/s/ Mary E. O'Neal
MARY E. O'NEAL

Dated: March 22, 2007