UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                                     )
STEVE SANTACROCE, CHRIS McLAUGHLIN   )
and SANDRA McGRATH, Individually and on )
Behalf of All Other Persons Similarly Situated, )
     Plaintiffs                      )
                                     )    DOCKET NO.
v.                                   )    06-CA-11299-GAO
                                     )
BOSTON HARBOR CRUISE LINES, INC.     )
     Defendant                       )
_____)
```

### DEFENDANT'S APPENDIX IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

A. Complaint filed on July 27, 2006 (on file with the Court as Docket entry number 1-- not reproduced)

B. Amended Complaint filed on August 14, 2006 (on file with the Court as docket entry number 5-- not reproduced)

C. Opt in plaintiff Susan Cardenas' consent filed on August 17, 2006 (on file with the Court as docket entry number 8-- not reproduced)

D. Affidavit of Frederick L. Nolan, III dated October 29, 2007

E. Opt in plaintiff Keith Carrico's consent filed on August 8, 2006 (on file with the Court as docket entry number 2-- not reproduced)

F. Opt in plaintiff Phillip Correia's consent filed on August 17, 2006 (on file with the Court as docket entry number 8-- not reproduced)

G. Opt in plaintiff Toby Grossman's consent filed on August 8, 2006 (on file with the Court as Docket entry number 2-- not reproduced)

H. Opt in plaintiff John J. Hamm, III's consent filed on August 17, 2006 (on file with the Court as Docket entry number 8-- not reproduced)

I.  Opt in plaintiff Courtney Moore's consent filed on August 18, 2006 (on file with the Court as docket entry number 9-- not reproduced)

J.  Opt in plaintiff Keryn Moore's consent filed on August 15, 2006 (on file with the Court as docket entry number 7-- not reproduced)

**BOSTON HARBOR CRUISE LINES, INC.**

By Its Attorney,

/s/ **Mary E. O'Neal**
Mary E. O'Neal--BBO #379325
**MASTERMAN, CULBERT & TULLY LLP**
One Lewis Wharf
Boston, Massachusetts 02110
(617) 227-8010

Dated: October 29, 2007

**CERTIFICATE OF SERVICE**

I, Mary E. O'Neal, Attorney for the Defendant, Boston Harbor Cruise Lines, Inc., hereby certify that the foregoing Defendant's Appendix in Support of its Motion for Partial Summary Judgment, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ **Mary E. O'Neal**
MARY E. O'NEAL

Dated: October 29, 2007