UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
STEVE SANTACROCE,                           )
CHRIS McLAUGHLIN and                        )
SANDRA McGRATH,                             )
Individually and on Behalf of               )
All Other Persons Similarly Situated,       )   CIVIL ACTION NO.
       Plaintiffs                           )   06-CA-11299-GAO
                                            )
v.                                          )   (*LEAVE TO FILE*
                                            )   *GRANTED ON*
BOSTON HARBOR CRUISE LINES, INC.,           )   *OCTOBER 31, 2007)*
       Defendant                            )
_____)

*CORRECTED* AFFIDAVIT OF FREDERICK L. NOLAN, III IN SUPPORT
OF OPPOSITION OF DEFENDANT, BOSTON HARBOR CRUISE LINES, INC.,
TO PLAINTIFFS' MOTION FOR ORDERS (1) DIRECTING DEFENDANT
TO PROVIDE PLAINTIFFS WITH THE NAMES AND CONTACT INFORMATION OF
ALL PUTATIVE FLSA CLASS MEMBERS AND (2) AUTHORIZING
PLAINTIFFS' COUNSEL TO ADVISE SUCH CLASS MEMBERS OF THE PENDENCY
OF THIS ACTION AND THEIR OPPORTUNITY TO PARTICIPATE IN IT AND
<u>REASONS IN SUPPORT OF OPPOSITION</u>

I, Frederick L. Nolan, III, state the following under pains and penalties of perjury.

1.     I am a member of Harbor Cruises, LLC.

2.     I previously submitted an affidavit dated March 22, 2007 stating the employment termination dates of some of the representative Plaintiffs and Opt-In Plaintiffs in the above matter. I am now aware that some of the dates referenced in my earlier affidavit were incorrect and I wish to correct the errors. By way of explanation, all but one of the errors (the exception being with respect to Courtney Moore, referenced below) were the result of my having requested

- 1 -

the termination dates from Harbor Cruises, LLC's Benefits Administrator and having relied upon the information provided to me. When Harbor Cruises, LLC was later requested to and did provide documents regarding the termination dates, it was apparent that some of the information I previously received and/or provided was not accurate. With respect to the discrepancy between the previously reported and the actual termination dates for Mr. Mike Fitzgerald, it appears that this error resulted from the fact that from 1999 through 2003, Mr. Fitzgerald had commenced and terminated his employment five separate times, and the previously reported termination date did not correspond to his most recent period of employment. With respect to the previously reported and the actual termination dates for Courtney Moore, the termination date for Keryn Moore (both Courtney and Keryn having the exact same start date), was mistakenly used.

3.      The corrected termination dates are the following (and in making the corrections, the same item numbers appearing in my March 22, 2007 affidavit have been used): The employment of (ii) Keith Carrico ended on May 16, 2002; (iv) Mike Fitzgerald ended on November 5, 2003; (vi) John Hamm ended on August 16, 2003; and (vii) Courtney Moore ended on February 23, 2001.

4.      I am informed that the termination paperwork for all of the individuals referenced in my previous affidavit (and, again, in this affidavit) has been provided by Defendant's counsel to Plaintiffs' counsel.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF SEPTEMBER, 2007.

/s/ Frederick L. Nolan, III  
FREDERICK L. NOLAN, III

- 2 -

## CERTIFICATE OF SERVICE

      I, Mary E. O'Neal, Attorney for Defendant, Boston Harbor Cruise Lines, Inc., hereby certify that the foregoing *Corrected* Affidavit of Frederick L. Nolan, III in Support of Opposition of Defendant, Boston Harbor Cruise Lines, Inc., to Plaintiffs' Motion for Orders (1) Directing Defendant to Provide Plaintiffs with the Names and Contact Information of All Putative FLSA Class Members and (2) Authorizing Plaintiffs' Counsel to Advise Such Class Members of the Pendency of This Action and Their Opportunity to Participate in It and Reasons in Support of Opposition., upon the Plaintiffs, Steve Santacroce, Chris McLaughlin and Sandra McGrath, Individually and on Behalf of All Other Persons Similarly Situated, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of the Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the 12th day of November, 2007.

                                                                    **/s/ Mary E. O'Neal**
                                                                     MARY E. O'NEAL

Dated: November 12, 2007