UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS McLAUGHLIN and <br> SANDRA McGRATH, <br> Individually and on Behalf of <br> All Other Persons Similarly Situated, <br>     Plaintiffs <br> <br> v. <br> <br> HARBOR CRUISES LLC, <br> NOLAN ASSOCIATES LLC <br> (both d/b/a "Boston Harbor Cruises") and <br> FREDERICK L. NOLAN, III, <br>     Defendants | CIVIL ACTION NO. <br> NO. 06-CA-11299-GAO |

**AFFIDAVIT OF FREDERICK L. NOLAN, III IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE LATE THEIR OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL <u>SUMMARY JUDGMENT</u>**

    I, Frederick L. Nolan, III, state the following under pains and penalties of perjury.

1.    I am a member of Harbor Cruises, LLC and Nolan Associates, LLC.

2.    I have personal knowledge of the postings maintained at the business locations at which Harbor Cruises, LLC and Nolan Associates, LLC (individually and collectively "Defendants") operate.  Since at least the late 1990's, the Defendants have maintained and posted notices concerning minimum wages and overtime under the Fair Labor Standards Act ("Notice") at the Hingham, Massachusetts location (specifically in the ticket office area where the time clock is located) and the Charlestown, Massachusetts location (specifically at the maintenance facility in the crew break area).  Since the Defendants built a new building at the Long Wharf in Boston, Massachusetts (in around

2000) and installed a time clock at that location, the Notice has been posted there as well (except during a period of a couple of months corresponding to a construction project to rehabilitate the building due to a structural defect), in the area where the time clock is located.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF NOVEMBER, 2007.

                                           **/s/ Frederick L. Nolan**
                                           FREDERICK L. NOLAN, III

## CERTIFICATE OF SERVICE

I, Mary E. O'Neal, Attorney for Defendants, Harbor Cruise LLC and Nolan Associates LLC, hereby certify that the foregoing Affidavit of Frederick L. Nolan, III in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File Late Their Opposition to Defendants' Motion for Partial Summary Judgment, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of the Electronic Filing.

                                           **/s/ Mary E. O'Neal**
                                           MARY E. O'NEAL

Dated: November 29, 2007