UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS McLAUGHLIN and<br>SANDRA McGRATH,<br>Individually and on Behalf of<br>All Other Persons Similarly Situated,<br>    Plaintiffs<br><br>v.<br><br>HARBOR CRUISES LLC,<br>NOLAN ASSOCIATES LLC<br>(both d/b/a "Boston Harbor Cruises") and<br>FREDERICK L. NOLAN, III,<br>    Defendants | CIVIL ACTION NO.<br>NO. 06-CA-11299-GAO |

**AFFIDAVIT OF MARY E. O'NEAL IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE LATE THEIR
OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL <u>SUMMARY
JUDGMENT</u>**

I, Mary E. O'Neal, state the following under pains and penalties of perjury.

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I am a partner in the firm of Masterman Culbert & Tully LLP located at One Lewis Wharf in Boston, Massachusetts, 02110.

2. I represent the Defendants, Harbor Cruises LLC and Nolan Associates LLC ("Defendants") in this action. Thomas V. Urmy, Jr. Esquire and Matthew L. Tuccillo, Esquire (as well as Vincent P. Dunn, Esquire) represent the Plaintiffs.

3. I had numerous telephone conversations and email communications with Mr. Tuccillo concerning the Defendants' assertion that seven of the plaintiffs (specifically Keith Carrico, Phillip Correia, Toby Grossman, Courtney Moore, Keryn Moore, Susan

- 2 -

Cardenas and John J. Hamm, III) had filed their opt-in consents beyond the (lengthiest) three-year statute of limitations applicable to FLSA actions. I was seeking the Plaintiffs' agreement to dismiss the claims of these seven plaintiffs. At Mr. Tuccillo's request, I provided him with documentation concerning the termination dates of these seven plaintiffs, as well as an affidavit of Frederick R. Nolan, III concerning their termination dates. Mr. Tuccillo finally communicated to me (by letter dated September 20, 2007-- attached as Exhibit "A") that although he would not voluntarily dismiss the claims of all seven plaintiffs, he would not oppose a motion by the Defendants seeking the dismissal of the claims of Phillip Correia and Keryn Moore and would do the same respect to the claims of Keith Carrico, Toby Grossman and Courtney Moore once he verified the termination dates I had provided to him. With respect to the remaining two plaintiffs (being Susan Cardenas and John J. Hamm, III), Mr. Tuccillo indicated that he would not agree not to oppose the Defendants' motion seeking to dismiss their claims on account of the fact that they had attempted to opt in the litigation known as *McLaughlin v. Boston Harbor Cruises, Inc.*, No. 1:03-cv-10905-GAO (in which case I represented the Defendant and Mr. Tuccillo (and Mr. Urmy and Mr. Dunn represented the Plaintiff). SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF NOVEMBER, 2007.

 /s/ Mary E. O'Neal
MARY E. O'NEAL

**CERTIFICATE OF SERVICE**

I, Mary E. O'Neal, Attorney for Defendants, Harbor Cruise LLC and Nolan Associates LLC, hereby certify that the foregoing Affidavit of Mary E. O'Neal in

- 2 -

- 3 -

Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File Late Their Opposition to Defendants' Motion for Partial Summary Judgment, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of the Electronic Filing.

**/s/ Mary E. O'Neal**
MARY E. O'NEAL

Dated: November 29, 2007