UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS McLAUGHLIN and<br>SANDRA McGRATH,<br>Individually and on Behalf of All Other<br>Persons Similarly Situated,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>HARBOR CRUISES LLC<br>and NOLAN ASSOCIATES LLC<br>(both d/b/a "Boston Harbor Cruises")<br>and FREDERICK L. NOLAN III,<br><br>                                        Defendants. | C.A. No. 06-CA-11299-GAO |

## NOTICE OF WITHDRAWAL OF FILED CONSENT

Notice is hereby given to the parties in this litigation of the withdrawal of a Consent To Act As Opt In Plaintiff, pursuant to 29 U.S.C. §216(b), by Donald Sprague. While this consent was dated as of January 10, 2008, it was not post-marked until January 22, 2008, and was therefore untimely filed in this action, per the Court's order of October 30, 2007.

Dated: January 24, 2008                    By attorneys for the Plaintiff,

                                                        **/s/ Matthew L. Tuccillo**
                                                        Thomas V. Urmy, Jr. (BBO #506620)
                                                        Todd S. Heyman (BBO #643804)
                                                        Matthew L. Tuccillo (BBO #643336)
                                                        SHAPIRO HABER & URMY LLP
                                                        53 State Street
                                                        Boston, MA 02109
                                                        Telephone: (617) 439-3939
                                                        Facsimile: (617) 439-0134

Vincent P. Dunn (BBO #551034)
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, Massachusetts 02109
(617) 523-6200

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be served electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as nonregistered participants on the date of its filing.

**/s/ Matthew L. Tuccillo**
Matthew L. Tuccillo