**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHRIS McLAUGHLIN and<br>SANDRA McGRATH,<br>Individually and on Behalf of All Other<br>Persons Similarly Situated,<br><br>                              Plaintiffs,<br>      v.<br><br>HARBOR CRUISES LLC and<br>NOLAN ASSOCIATES LLC<br>(both d/b/a "Boston Harbor Cruises")<br>and FREDERICK L. NOLAN III,<br>                              Defendants. | C.A. No. 06-CA-11299-GAO |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF CLAIMS ALLEGED
IN COUNTS II AND III OF THE SECOND AMENDED COMPLAINT**

For the reasons stated in the declarations of Thomas V. Urmy, Jr., Vincent P. Dunn and Shaun M. Nye and the memorandum of law filed herewith, Plaintiffs respectfully move this Court pursuant to Fed. R. Civ. P. 23(a), 23(b)(3) and 23(c):

1. Under Count II, for an order

    (a) Certifying a class of Deckhands asserting claims under Mass. Gen. Laws c. 151, §§1A and 1B and defined as:

        All persons employed by Defendants as Deckhands in the Commonwealth of Massachusetts between July 27, 2004 and the date of entry of final judgment in this action;

    (b) Naming Plaintiff Chris McLaughlin the representative of such Class; and

    (c) Appointing Shapiro Haber & Urmy LLP as counsel for the Class.

2. Under Count III, for an order

(a) Certifying a class of Galley Staff asserting claims under Mass. Gen. Laws c. 151, §§1A and 1B and defined as:

> All persons employed by Defendants as Galley Staff in the Commonwealth of Massachusetts between July 27, 2004 and the date of entry of final judgment in this action;

(b) Naming Plaintiff Sandra McGrath as the representative of such Class; and

(c) Appointing Shapiro Haber & Urmy LLP as counsel for the Class.

Pursuant to Local Rule 7.1(D), Plaintiffs request oral argument on this motion.

May 1, 2008

By their attorneys,

/s/ Thomas V. Urmy, Jr.
Thomas V. Urmy, Jr. (BBO #506620)
Matthew L. Tuccillo (BBO #643336)
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, Massachusetts 02109
(617) 439-3939

Vincent P. Dunn (BBO #551034)
**MELICK, PORTER & SHEA, LLP**
28 State Street
Boston, Massachusetts 02109
(617) 523-6200

*Counsel for the Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for the Defendants and attempted in good faith to resolve or narrow the issues presented by this motion.

/s/ Thomas V. Urmy, Jr.
Thomas V. Urmy, Jr.

**Certificate of Service**

       I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to anyone indicated as nonregistered participants on the day of its filing.

                                              **/s/ Thomas V. Urmy, Jr.**
                                              Thomas V. Urmy, Jr.