**EXHIBIT 1.**

### **Deckhand**—reports to the Master

**Special Education/Training/License**

- Good working knowledge of BHC Orientation and Training Manual. Completes practical training checklists and has been trained in the operation of all safety and emergency equipment on board the vessel.

**Duties**

1. Responsible to the Master for passenger operation and maintenance of the vessel.

2. Responsible to the Senior Deckhand for maintenance, stores handling, line handling, as directed by the Master.

3. Performs lookout duties, bridge watch standing, anchor watches, and gangway watches.

4. Performs housekeeping duties.

5. Performs routine maintenance, cleaning, painting, and other activities.

6. Picks up trash on passenger decks.

7. Sweep and mop decks in assigned areas.

8. Maintains vessel in clean and sanitary condition.

9. Performs security/safety patrols of all decks while vessel is underway. Communicates with passengers, answering questions and responding to complaints.

10. Performs loading and unloading of passengers.

11. Performs tasks necessary to keep the vessel clean, safe, and in good order.

12. Assist in directing passengers ashore and aboard.

13. Learns maintenance, handling ropes and lines, and standing watches on the bridge as well as how to handle fire fighting and lifesaving equipment.

14. Ability to work in confined spaces.

15. Performs any other duties assigned.

**Supervisory Duties**

- None