**EXHIBIT 2.**

1  or something.

2  Q. Okay. Now, page 29 of Exhibit 21 refers to
3  deckhands, and it sets forth a list of
4  responsibilities of deckhands; is that correct?

5  A. Yes.

6  Q. Is there anything that you can think of
7  which is the responsibility of -- generally a
8  responsibility of a deckhand which isn't listed
9  here?

10 A. Deckhands are typically required to collect
11 tickets as people are boarding. I don't think I see
12 that here; but otherwise the duties listed here are
13 fairly comprehensive and include most of the duties
14 of the deckhands.

15 Q. What sort of security and safety patrols are
16 maintained while a vessel is under way?

17 A. Well, when the vessel is under way, we're
18 typically looking for things that may be a tripping
19 problem for somebody or could cause a person to fall
20 particularly; but in addition to that, post
21 September 11th, we do -- or deckhands would do
22 checks of containers perhaps, if containers are left
23 behind suspiciously and nobody is near them for
24 awhile, they may bring that to the attention of the