**EXHIBIT 3.**

74

1   and the other one is not designated.  Is the second
2   one doing essentially the same type of work that the
3   non-senior deckhands are doing during that cruise?
4        A.   They could be.
5        Q.   Do you need more than one senior deckhand at
6   any given time?
7        A.   You don't.
8        Q.   Well, is it -- is there any -- can you tell
9   me why 11 or -- say 11 of the -- what's the
10  difference between the boats that require a senior
11  deckhand and the ones that don't?
12       A.   Just passenger capacity.
13       Q.   Do you ever have senior deckhands on the six
14  or so boats that have a lower passenger capacity so
15  that they're not required to have a senior deckhand?
16       A.   You may have deckhands who are qualified to
17  be a senior deckhand on a passenger vessel over 149
18  passengers working on a vessel under 149 passengers,
19  but he or she wouldn't be designated because there's
20  no requirement to do that.
21       Q.   Now, aside from the designation of the
22  senior deckhand based on their qualification to
23  navigate the boat -- well, let's take again a
24  hypothetical vessel Y and let's say it's over 149

75

1  passenger capacity so that you have to have somebody
2  designated as a senior deckhand.  And let's assume
3  the captain -- the master keeps it together and is
4  able to act as master throughout the entire trip, so
5  he doesn't need any help bringing the boat back.
6        On a trip like that, is there any
7  distinction between what the person who has been
8  designated as the senior deckhand and the other
9  deckhands do that do different things on that trip?
10     A.  It would really depend on the captain and
11 what his direct -- direction would be on any
12 particular day with the particular crew that he's
13 working with; but generally I think all deckhands,
14 whether they're acting as a senior deckhand or not,
15 have very similar responsibilities and duties during
16 the course of a typical trip.
17     Q.  And the major exception to that would be if
18 the senior deckhand was required to take charge of
19 the vessel?
20     A.  Correct, yes.
21     Q.  Has that ever happened in the last -- since
22 January 1, 2003?
23     A.  I don't believe so, no.
24     Q.  Between January 1, 2003, have you ever had