**EXHIBIT 4.**

**Special Education/Training/License**

- Good working knowledge of BHC Galley Procedures and Training and Orientation Manual. Trained in the operation of all safety and emergency equipment on board.

**Duties**

1. Responsible for set up of galley/concession stand.
2. Responsible for cleanliness and order of galley area and storeroom.
3. Responsible for maintaining proper stock of all galley supplies.
4. Responsible for bank and register operation.
5. Responsible for smooth operation of concession stand throughout the day.
6. Takes part in crew safety drills.
7. Assists deckhands with line handling and mooring operations as directed by the Senior Deckhand.
8. Performs housekeeping duties.
9. Picks up trash on passenger decks.
10. Sweep and mop decks in assigned areas.
11. Maintains galley in clean and sanitary condition.
12. Assists with loading and unloading of passengers when necessary.
13. Performs any other duties assigned.

**Supervisory Duties**

- None