**EXHIBIT 5.**

106

1  he enjoys it, if he's not required to be a senior
2  deckhand.
3      Q.  But wholly apart from whatever he's
4  qualified to do, he or she, when somebody is working
5  as a galley attendant, they're doing the work -- the
6  types of work that is specified on page 30 of
7  Exhibit 21; correct?
8      A.  That's correct, yes.
9      Q.  And that's very different than -- those jobs
10 are very different than the jobs done -- jobs
11 described on the preceding pages for deckhands and
12 senior deckhands; correct?
13     A.  Some of it is, but some of it is very
14 similar.
15     Q.  Well, somebody's got to be at that cash
16 register all the time?
17     A.  That's true.
18     Q.  This person who is the galley attendant is
19 pretty much anchored to the concession area; is that
20 right?
21     A.  Not necessarily, not anchored, but they
22 spend much of their trip time there, or they could
23 be relieved by other crew members, you know, for
24 their breaks -- or they are relieved by other crew