**EXHIBIT 6.**

111

1   Exhibit 21?
2       A.   Well, I guess 13 covers whatever may be
3   missing under listed duties.
4       Q.   Right.  But you can't specify anything they
5   frequently do that isn't listed here?
6       A.   I guess that's fairly comprehensive, but
7   again, I think 13 speaks to whatever else might be
8   out there that they're required to do or asked to do
9   on a given day by the master.
10      Q.   Are the duties of a galley attendant
11  essentially the same no matter what kind of vessel
12  they're on, recognizing some are bigger than others,
13  but --
14      A.   Yes, they're pretty similar, I would say.
15      Q.   Is that true of the deckhands as well, are
16  the types of things they do pretty much the same?
17      A.   Generally but, you know, in recognition that
18  every boat is different with regard to layout and
19  the amount of interior space versus exterior space,
20  they vary.
21      Q.   Do you have full-time and part-time galley
22  attendants?
23      A.   Well, we have full-time, part-time deckhands
24  who are assigned to the galley; and you know, we use