**EXHIBIT 7.**

## Boston Harbor Cruises Employee List
### 10/31/04 thru present

| SSN | Name | Telephone | Address | City/Town | State | Zip Code |
|---|---|---|---|---|---|---|
| 020-34 | Alessi, Alison | (781) 985-5311 | 537 Bridge Street Unit 4 | No. Weymouth | MA | 02191 |
| 034-56 | Almeida Jr., Tony | (781) 775-8025 | 43 Fottler Road | Hingham | MA | 02043 |
| 007-80 | Anderson Payne, Abigail | (617) 820-4703 | 9 Winchester Street | Boston | MA | 02116 |
| 029-72 | Arredondo, Christian A | (617) 529-5336 | 108 Glover Ave | Quincy | MA | 02171 |
| 012-68 | Ashley, James | | 41 South High Street | Melrose | MA | 02176 |
| 022-74 | Baccari, Steve | (617) 827-8139 | 17 Golf View Drive | Hingham | MA | 02043 |
| 058-44 | Bailey, Joan C | | 23 Tewksbury Street Apt. 2 | Winthrop | MA | 02152 |
| 360-78 | Baker, Margaret | (815) 690-5299 | 10933 Pioneer Trail | Frankfort | IL | 60423 |
| 021-72 | Banville, Thomas | (781) 834-4094 | 290 South River St. | Marshfield | MA | 02050 |
| 573-11 | Barone, Trishann | (760) 687-3061 | 28 Melbourne Street #1 | Dorchester | MA | 02124 |
| 034-70 | Barry, Nicholas | (781) 286-3339 | 1680 North Shore Rd Apt. 21 | Revere | MA | 02151 |
| 013-26 | Barton, Bradford | | 6 Riversedge Rd | Hull | MA | 02045 |
| 034-56 | Bateman, Timothy | (508) 363-3764 | 3 Scarsdale St | Worcester | MA | 01603 |
| 032-70 | Beaton, Joseph | (781) 258-7938 | 11 Summer Street | Wakefield | MA | 01880 |
| 019-70 | Belmonte, Melissa | (617) 268-0504 | 652 East 6th Street | South Boston | MA | 02127 |
| 010-64 | Belmonte, Richard | (617) 268-0504 | 652 East 6th Street | So. Boston | MA | 02127 |
| 018-74 | Bennett, Catherine T | | 172 Hobart St | Danvers | MA | 01923 |
| 030-56 | Bennett, Heather | | 1203 Boylston Street | Boston | MA | 02115 |
| 014-54 | Bernadino, Lori | | 20 Charlesgate W. #216 | Boston | MA | 02215 |
| 391-94 | Billings, Leigh | (920) 765-0721 | W6160 Norway Hills | Wawtoma | WI | 54982 |
| 010-36 | Bilodeau, Nancy A | (781) 925-2583 | 295 Beach Ave | Hull | MA | 02045 |
| 019-50 | Bisognano Jr, Peter F | | 12 Meadow Lane Apt. #8 | Bridgewater | MA | 02324 |
| 028-58 | Blaikie, Mark | (617) 242-0555 | 6 Bolton Place | Charlestown | MA | 02129 |
| 022-72 | Blais, Carolyn | (781) 856-3987 | 16 Smith Road | Saugus | MA | 01906 |
| 015-66 | Blanchard, Michael | (781) 335-2707 | 14 Glines Ave | Weymouth | MA | 02188 |
| 024-72 | Bleheen, Rachelle | (978) 580-0779 | 41 Cummings Avenue | Quincy | MA | 02169 |
| 124-58 | Boericke, Willard G | (781) 848-1014 | 59 Hobart Ave | Braintree | MA | 02184 |
| 045-56 | Borawski, Marlene | (781) 331-5151 | 54 Broad Reach | Weymouth | MA | 02191 |
| 027-40 | Bradley, John | (617) 697-9716 | 53 Friend Street | Amesbury | MA | 02143 |

| ID | Name | Phone | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 589-30 | Braidman, Scott | (781) 264-8260 | 7 Devotion Street Apt. 1 | Brookline | MA | 02446 |
| 496-92 | Bridges, Caroline | (630) 362-2308 | 13 Tuttle Avenue | Clarendon Hills | IL | 60514 |
| 026-68 | Brothers, Stephanie A | | 24 Leninstin Street | Boston | MA | 02131 |
| 021-72 | Buck, Nathaniel | | 5 Jason Dr | Carver | MA | 02330 |
| 024-72 | Buckley, Matthew | (617) 241-5256 | 330A Main Street | Charlestown | MA | 02129 |
| 022-44 | Burroughs, Frank | (617) 447-8234 | 1 Soar Street | North Quincy | MA | 02171 |
| 021-64 | Call, Nicholas | (781) 324-3796 | 228 A Main Street Apt. 6 | Stoneham | MA | 02180 |
| 015-66 | Cameron, Bonni | (781) 289-9180 | 7 Hancock St | Melrose | MA | 02176 |
| 033-70 | Campbell, Douglas | (978) 807-4586 | 8 Preston Place | Beverly | MA | 01915 |
| 014-72 | Cannata, Riordan | (617) 241-5131 | 18 Oak Street | Charlestown | MA | 02129 |
| 026-48 | Capobianco, Andrew | (617) 846-8601 | P.O. Box 110 | Winthrop | MA | 02152 |
| 030-60 | Carroll, Michael | (617) 242-7518 | 13 Trenton Street | Charlestown | MA | 02129 |
| 468-06 | Casura, Julius | (401) 244-5231 | 1161 Nantasket Ave | Hull | MA | 02045 |
| 033-62 | Chappell, Donald | (617) 708-0066 | 142 Charlame Street | Boston | MA | 02119 |
| 018-72 | Chernoguz, Ilya | (617) 869-0614 | 46 Peterborough St. #33 | Boston | MA | 02215 |
| 013-64 | Chizauskas, Michael J | (781) 829-2298 | 12 Redwood Circle | Pembroke | MA | 02359 |
| 019-74 | Ciulla, Carolyn | (781) 545-4676 | 4 Rainbow Court | Scituate | MA | 02066 |
| 034-70 | Claflin, Michael | (978) 262-2890 | 26 Meade Road | Billerica | MA | 01821 |
| 031-62 | Clemons, Jason T | (617) 822-3867 | 18 Brenton St #2 | Boston | MA | 02121 |
| 045-52 | Cluett, W. Scott | (203) 984-5970 | 99 Farquhar Street #1 | Charlestown | MA | 02131 |
| 018-66 | Collins, Andrea M | (781) 838-1466 | 9 Hale Ave | Medford | MA | 02155 |
| 017-70 | Conley, Ryan S | | 164 Rock Island Rd | Quincy | MA | 02169 |
| 030-68 | Coughlin, Colin | (617) 698-0518 | 27 Artwill Street | Milton | MA | 02186 |
| 013-90 | Counihan, Jack | | 23 Cortes Street #12 | Boston | MA | 02110 |
| 015-70 | Cronin, Emily Anne | | 48 Winchester Rd | Arlington | MA | 02474 |
| 010-70 | Cummings, Rachel | (774) 766-9530 | 7 Devotion Street Apt. 1 | Brookline | MA | 02446 |
| 028-66 | Cutler, Daniel | (508) 304-2890 | 177 Winthrop Road Apt 1 | Brookline | MA | 02445 |
| 029-64 | Darling, Robert | | 1410 Columbia Road Apt.1 | South Boston | MA | 02127 |
| 024-74 | Davis, Austin | (781) 331-9422 | 36 Drew Avenue Unit 9B | Weymouth | MA | 02189 |
| 097-72 | Davis, Keith | (718) 908-9285 | 112 Walnut Street | Malden | MA | 02814 |
| 024-66 | Dean, Christopher M | (781) 545-6054 | 56 Chittenden Rd | Scituate | MA | 02066 |
| 026-66 | Deery, Nadine | (617) 335-0373 | 733 Parker Street Apt. 2 | Boston | MA | 02120 |
| 017-58 | Deluca, Stephen | (617) 698-7310 | 25 Foster Lane #8 | Milton | MA | 02186 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 604-36 | Diaz, Brian | (617) 610-6063 | 1682 Commonwealth Av Apt. A | Brighton | MA | 02135 |
| 025-72 | DiToro, David | (339) 793-0290 | 88 Weston Avenue | Braintree | MA | 02184 |
| 032-66 | Divirgilio, Tania | (781) 396-5101 | 329 Main Street | Medford | MA | 02155 |
| 546-54 | Dolan, Francis P | (617) 734-4931 | P.O. Box 511 | Brookline | MA | 02446 |
| 015-68 | Downey, Colin P | (781) 354-4671 | 44 Woodland Rd | Wakefield | MA | 01880 |
| 151-78 | Doyle, Brendan | (617) 980-6473 | 85 Belcher Circle | Milton | MA | 02186 |
| 011-62 | Doyle, Elizabeth | (781) 413-1536 | 16 Ellen Avenue | Weymouth | MA | 02188 |
| 019-68 | Drake, Gregory | (781) 883-4396 | 156 Summer Street Apt. 206 | Somerville | MA | 02143 |
| 219-39 | D'Souza, Mira | (617) 296-1896 | 453 Adams Street | Milton | MA | 02186 |
| 033-62 | Durham, Chaz | (617) 445-1841 | 97 Munrose St | Roxbury | MA | 02119 |
| 226-59 | Dutton, Stephen A | (781) 272-3599 | 6 Holly St. | Burlington | MA | 01803 |
| 024-38 | Dwyer, Florence E | (781) 925-0444 | 775 Nantasket Ave | Hull | MA | 02045 |
| 033-70 | Ellis, Kelli N | (781) 331-6472 | 70 Shaw St | Weymouth | MA | 02191 |
| 024-72 | Endicott, Gregory | (781) 321-3358 | 15 Charles St. Pl. | Malden | MA | 02148 |
| 015-68 | Endicott, Joseph | | 61 Glen Street | Malden | MA | 02148 |
| 029-68 | Endicott, Peter T | (781) 710-3115 | 163 West Street Apt. 1 | Malden | MA | 02148 |
| 029-68 | Endicott, Sean M | (781) 953-2126 | 15 Charles St Pl | Malden | MA | 02148 |
| 015-72 | Endicott, Timothy | (781) 443-3766 | 61 Glen Street | Malden | MA | 02148 |
| 031-64 | Etkind, Alexander | (781) 383-6602 | 88 Nichols Road | Cohasset | MA | 02025 |
| 041-58 | Evans, Jonathan M | (781) 545-3507 | 13 Fifth Ave | Scituate | MA | 02066 |
| 625-26 | Fabian, Brianne | | 326 Docton Street | Pipetown | NJ | 08520 |
| 017-68 | Feig, Lindsay | (781) 875-1189 | 45 Black Rock Drive | Hingham | MA | 02043 |
| 020-72 | Felder, Joshua | (781) 395-8141 | 72 Fulton St | Medford | MA | 02155 |
| 020-36 | Finn, Paul | | 52 Prince Rogers Way Apt. 2 | Marshfield | MA | 02050 |
| 020-74 | Fitzgerald, Ian | (339) 788-0960 | 53 Concannon Circle | Weymouth | MA | 02188 |
| 021-70 | Fitzpatrick, Matthew | (617) 393-1702 | 14 Wilmot Street | Watertown | MA | 02472 |
| 022-72 | Foley, Matthew | (781) 395-7525 | 85 Fells Ave | Medford | MA | 02155 |
| 026-72 | Foote, Jason | (781) 545-7658 | 225 First Parish Rd | Scituate | MA | 02066 |
| 029-68 | Fowler, Joshua C | (781) 335-6998 | 573 Ralph Talbot St | Weymouth | MA | 02190 |
| 020-30 | Francis, Ronald | (978) 283-6876 | 134 Mt. Pleasant St | Gloucester | MA | 01930 |
| 012-78 | Freeman, Peter | (781) 799-2615 | 115 Bogle Street | Weston | MA | 02493 |
| 023-54 | Frucci Jr, Michael J | (617) 742-0732 | 37 Tileston St 1-R | Boston | MA | 02113 |
| 013-60 | Gaete, Dante | | 198 Byron Street | East Boston | MA | 02128 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 013-76 | Gillespie, Donald | | 16 Battles Hill Lane | Scituate | MA | 02069 |
| 027-64 | Gilmour, Katherine | (978) 777-5023 | 52 Purchase Street B6 | Danvers | MA | 01923 |
| 034-70 | Golembeski, Alexa | (617) 698-3644 | 91 Capen Street | Milton | MA | 02186 |
| 029-54 | Gordon, Shawn | | 22 Albion Pl | Charlestown | MA | 02129 |
| 031-72 | Gramolini, Matthew C | (781) 345-0901 | 1 School St Apt. 103 | Arlington | MA | 02476 |
| 026-66 | Grandfield, Daniel J | (781) 545-1491 | 145 Nahatan St | Westwood | MA | 02090 |
| 015-72 | Gray, Jane E | (978) 897-8999 | 201 Parker St | Acton | MA | 01720 |
| 028-72 | Grazio, Tyler | (781) 529-9635 | 76 Surfside Road | Scituate | MA | 02066 |
| 013-52 | Green, David | (617) 776-4006 | 8 Emerson Street | Somerville | MA | 02143 |
| 012-72 | Guise, Lea | (617) 435-0499 | 996 Canton Avenue | Milton | MA | 02186 |
| 012-32 | Hall, Douglas A | (781) 864-5526 | 194 Broad Street | Weymouth | MA | 02188 |
| 020-72 | Ham, Kevin E | (508) 528-4517 | 131 Hillside Rd | Franklin | MA | 02038 |
| 138-78 | Hartman, Alexander | (781) 923-1168 | 428 Atlantic Avenue | Cohasset | MA | 02025 |
| 020-42 | Hawkes, Frederick | (617) 263-8402 | 39 Boylston Street Ste. 1021 | Boston | MA | 02116 |
| 074-52 | Hawthorne, Jason B | (617) 472-7113 | 160 Elm St | Quincy | MA | 02169 |
| 028-72 | Hebard, Cara | (617) 698-6594 | 25 Heritage Lane | Milton | MA | 02186 |
| 028-72 | Hegenberger Jr., Paul | (781) 982-1019 | 63 Reed Street | Rockland | MA | 02370 |
| 026-44 | Hegenberger, Paul | | P. O. Box 61 | Abington | MA | 02351 |
| 157-72 | Hempel, Benjamin T | (781) 883-3633 | 185 Meetinghouse Rd | Duxbury | MA | 02332 |
| 026-64 | Hendricks, Kelsie L | (978) 594-1120 | 11 Essex Street Apt. 2 | Salem | MA | 02170 |
| 023-72 | Hensley, Patrick | | 198 Byron Street | East Boston | MA | 02128 |
| 024-68 | Hern, Laura | (617) 653-8800 | 340 Beale Steet | Quincy | MA | 02170 |
| 014-66 | Hern, Marcia A | (617) 773-1907 | 340 Beale St | Quincy | MA | 02170 |
| 027-66 | Higgins, Mark M | (617) 429-0613 | 36 High St | Charlestown | MA | 02129 |
| 025-74 | Hobbs, Brian | (781) 316-6493 | 121 Traincroft St | Medford | MA | 02155 |
| 028-74 | Hobbs, Michael | (781) 396-3357 | 121 Traincroft | Medford | MA | 02155 |
| 028-60 | Holthaus, Matthew | (617) 216-7828 | 6 Putnam Street | Watertown | MA | 02472 |
| 022-72 | Howard, Elizabeth | (617) 323-2136 | 15 Ferncroft Road | West Roxbury | MA | 02132 |
| 012-34 | Howlett, Jeffrey F | (781) 631-7713 | 17 Pitman Rd | Marblehead | MA | 01945 |
| 472-21 | Hughes, David Larson | (508) 487-1471 | 204 Bradford Street | Provincetown | MA | 02657 |
| 025-72 | Hunt, Jessica E | (617) 288-0418 | 42 Dickens St | Dorchester | MA | 02122 |
| 010-68 | Iapicca, Michael J | (978) 985-0500 | 7 Tomah Dr | Peabody | MA | 01960 |
| 011-76 | Irwin, David | (781) 420-0932 | 200 Walnut Avenue | Revere | MA | 02151 |

MCT/209928.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 011-62 | Jackman, Jennifer M | | 104 Brandywyne Dr | E Boston | MA | 02128 |
| 580-08 | Jacobs, Alfred J | (340) 719-8169 | 505 Talbot Ave #2 | Dorchester | MA | 02124 |
| 038-89 | Janes, Sarah | (262) 672-1197 | 3262 124th Street | Franksville | WI | 53126 |
| 014-54 | Jenssen Jr, Hans P | (617) 876-7242 | 50 Follen Street Apt. 305 | Cambridge | MA | 02138 |
| 013-74 | Johnson, Thomas | (617) 242-9534 | 50 Belmont Street Apt. 6 | Charlestown | MA | 02129 |
| 026-76 | Joseph, Martin | (781) 340-6128 | 143 Neck Street | Weymouth | MA | 02191 |
| 020-68 | Kearney, Daniel | (781) 331-2485 | 17 Griffin Ter | Weymouth | MA | 02190 |
| 024-38 | Keeley, James | (781) 545-1317 | 434 Hatherly Rd | Scituate | MA | 02066 |
| 624-18 | Kelly, Devin | (916) 698-0124 | 1682 Commonwealth Av Apt. A | Brighton | MA | 02135 |
| 027-64 | Kelly, Douglas | (781) 391-8567 | 95 Light Guard Drive | Medford | MA | 02155 |
| 025-62 | Kelly, William J | | 58 Bunnys Rd | Carver | MA | 02330 |
| 015-60 | Kelly, Paula | (781) 223-2556 | 58 Bunny's Rd | Carver | MA | 02330 |
| 029-64 | Keyes, Brett R | | 101 Puritan Avenue | East Wareham | MA | 02538 |
| 034-70 | Kieffer-Higgins, Marshall S. | (617) 265-1592 | 30 Beaumont Street | Dorchester | MA | 02124 |
| 025-60 | Kiernan, Christine A | (617) 376-3242 | 9 Border St | N Quincy | MA | 02171 |
| 025-60 | Kiernan, Christine A | (617) 376-3242 | 9 Border St | N Quincy | MA | 02171 |
| 024-74 | Kieta, Jameel | | 10 Winnter Street #2 | Boston | MA | 02122 |
| 024-74 | Kieta, Nirvana | (857) 277-2504 | 34 Dix Street | Boston | MA | 02124 |
| 019-60 | Kieta, Tamutamu Cushi | (617) 438-1568 | 8 Juliette Street Apt. 3 | Boston | MA | 02122 |
| 018-30 | King, John F | (781) 724-3678 | 22 Beverly Ct | Weymouth | MA | 02190 |
| 034-72 | Kirsch, William A | (781) 837-4499 | 63 Riverside Cir | Marshfield | MA | 02050 |
| 010-72 | Kordis, Kevin | (781) 934-0948 | 21 Railroad Avenue | Duxbury | MA | 02332 |
| 629-05 | Koslovsky, Stacie | (832) 326-9262 | 12 Still Glen Court | The Woodlands | TX | 77381 |
| 026-38 | Lacey, Harold | 0 | 400 Columbus Ave | Boston | MA | 02116 |
| 028-46 | Lane, Maureen | (781) 267-0617 | 276 E. Cottage St | Dorchester | MA | 02125 |
| 016-70 | Lashley, Marshall | (781) 279-4109 | 159 Franklin St | Stoneham | MA | 02180 |
| 034-68 | Lavallee, Jeffrey M | (508) 757-5127 | 70 Iroquois St. | Worcester | MA | 01602 |
| 012-30 | Lavey, John | (781) 749-6579 | 32 Bulow Rd | Hingham | MA | 02043 |
| 026-64 | Lawler, Brenda | (781) 630-1049 | 139 Samoset Avenue | Hull | MA | 02045 |
| 023-74 | Lebherz, Brandon | (617) 827-2954 | 265 Green Street | Weymouth | MA | 02191 |
| 033-64 | Lecorps, Naldo | (617) 489-0925 | 2 Thayer St | Belmont | MA | 02478 |
| 017-74 | Lemire, Sean | (781) 545-0044 | 39 Marshall Avenue | Scituate | MA | 02066 |
| 018-58 | Lifrieri, Susan | (781) 290-6567 | 18 Malvern Ter | Medford | MA | 02155 |

MCT/209928.1

| ID | Name | Phone | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 022-68 | Lightfoot, Jamie | (978) 804-4857 | 74 Princeton Street | Medford | MA | 02155 |
| 025-66 | Lingoes, Robert | (781) 985-5444 | 70 Jamieson Street | Abington | MA | 02351 |
| 011-74 | Locke, Paul | (617) 241-3890 | 254 Bunker Hill St | Boston | MA | 02129 |
| 023-72 | Lomabardi, Nicholas | (978) 479-3864 | 10 Washington Street | Manchester | MA | 02375-2500 |
| 023-72 | Lomabardi, Nicholas | (978) 479-3864 | 10 Washington Street | Manchester | MA | 02375-2500 |
| 030-70 | Lopes, Dan | (617) 645-9282 | 349 Baker St. | Boston | MA | 02132 |
| 023-70 | Lounsberry, Ian | (781) 241-3173 | 10 Ferguson Road #303 | Malden | MA | 02148 |
| 020-30 | Ludlow, William C | (781) 545-4778 | 241 Country Way | Scituate | MA | 02066 |
| 033-56 | Lundon, William | (617) 481-9527 | 90 Commerical Street #2 | Weymouth | MA | 02188 |
| 595-74 | Luongo, Matthew | (617) 755-2166 | 68 Payson Road | Chestnut Hill | MA | 02467 |
| 013-62 | Ly, Coung Vin | (617) 328-1869 | 40 Flynt Street | Quincy | MA | 02171 |
| 020-72 | Lynch, Susanna T | (617) 755-5912 | 114 Rawson Rd | Quincy | MA | 02170 |
| 033-48 | Lyon, Kevin | (617) 306-7322 | 160 Elm Street | Quincy | MA | 02169 |
| 019-72 | MacDonald III, Jerome P | (781) 837-7263 | 47 Primrose Ln | Marshfield | MA | 02050 |
| 018-34 | MacDonald, David | (617) 413-2294 | 276 East Cottage St | Dorchester | MA | 02125 |
| 023-66 | MacDonald, Kara | (781) 718-7601 | 128 Cederwood Rd. | Hanover | MA | 02339 |
| 028-72 | Maffeo, Heather | (617) 333-0757 | 37 Beacon Street Cir | Milton | MA | 02186 |
| 017-70 | Mahoney, Laurie | | 32 Birchbrow Avenue | North Weymouth | MA | 02191 |
| 028-74 | Manley, William | (781) 556-4228 | 890 Eastern Avenue | Malden | MA | 02148 |
| 022-64 | Manning, Daniel R | (617) 515-5630 | 206 L Street | South Boston | MA | 02127 |
| 028-72 | Mannix, Lindsay D | (978) 394-0462 | 35 Lee Street #1 | Cambridge | MA | 02139 |
| 034-68 | Marr, Francis | (617) 823-7249 | 99 Grove Street | E. Boston | MA | 02128 |
| 021-66 | Martin, Peter | (617) 823-9887 | 93 Westglow St. | Dorchester | MA | 02122 |
| 028-70 | May, Emma | (617) 653-0308 | 69 Reedsdale Road | Milton | MA | 02186 |
| 031-68 | McAllister, Jeffrey S | (508) 397-8823 | 2 Bretton Road | West Hartford | CT | 06119 |
| 013-72 | McCarron, Jonathan | | 44 Pond Street | Essex | MA | 01929 |
| 015-70 | McCarthy, Brian | (781) 857-6605 | 17 Ryders Lane | Marshfield | MA | 02050 |
| 201-62 | McDevitt, Daniel | (856) 465-3370 | 398 W. Broadway Apt. 1 | Boston | MA | 02127 |
| 013-68 | McDonagh, Ross H | (617) 908-4412 | 596 E 7th St | So Boston | MA | 02127 |
| 032-68 | McDonough, Liam | (617) 957-3261 | 14 Statesman Terrace | Marshfield | MA | 02050 |
| 011-70 | McGinnity, Jill | (502) 527-5442 | 6 Violet Road | Billerica | MA | 01821 |
| 016-70 | McGlynn, John | (781) 395-3279 | 38 Rock Glen Road | Medford | MA | 02155 |
| 016-70 | McGlynn, Michael | (781) 395-3279 | 38 Glen Rock Road | Medford | MA | 02155 |

| ID | Name | Phone | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 017-50 | McGrath, Sandra | (781) 337-6549 | 78 Queen Annes Court Apt. 31 | Weymouth | MA | 02189 |
| 018-72 | McKinnon-Walsh, Shawn | | 32 Plymouth Road | Hanover | MA | 02339 |
| 028-64 | McLaughlin, Christopher A | (781) 681-9377 | 63 Plain St | Rockland | MA | 02370 |
| 018-74 | McSweeney, Ryan | | 15 Burrell Street | Melrose | MA | 02176 |
| 033-68 | Meade, Jason | (781) 826-4299 | 755 Center Street | Hanover | MA | 02339 |
| 029-70 | Meara, Tracy | (781) 307-3205 | 90 Richardson Road | Melrose | MA | 02176 |
| 015-62 | Meister, Matthew T | | 139 Rockway Ave Apt. 20 | Weymouth | MA | 02188 |
| 123-56 | Michaels, Gordon | (617) 504-7393 | 44 Alicia Road | Dorchester | MA | 02124 |
| 398-94 | Miles, Katie | (715) 790-2844 | 11 South Crescent Cr | Brighton | MA | 02135 |
| 003-76 | Miller, Kevin | (603) 509-6079 | 114 Bellevue Road | Quincy | MA | 02171 |
| 024-76 | Morgan, Thomas | (781) 383-2437 | 698 Jersusalem Road | Cohasset | MA | 02025 |
| 028-72 | Morrison, Zachary | (781) 927-9333 | 479 River Street | Norwell | MA | 02061 |
| 027-72 | Morrissey, Ann | | 6 Keith Rd. | Medford | MA | 02155 |
| 027-72 | Morrissey, Ann | | 6 Keith Rd. | Medford | MA | 02155 |
| 024-72 | Murphy, Brendan | (617) 332-5272 | 53 Trowbridge Avenue | Newton | MA | 02460 |
| 011-72 | Nash, Daniel | (781) 331-4296 | 147 Academy Avenue | Weymouth | MA | 02188 |
| 019-70 | Neil, John | (781) 545-4526 | 15 Elaine Court | Scituate | MA | 02066 |
| 027-60 | Nionakis, Susan | (617) 548-0639 | 3 Seminary Court #1 | Charlestown | MA | 02129 |
| 029-46 | Nolan, Mark | | 74 Wayne Ave | Waltham | MA | 02453 |
| 011-74 | Nolan, Patrick K | (781) 340-6128 | 143 Neck Street | Weymouth | MA | 02191 |
| 102-78 | Nolan-Haley, Andrew | (917) 539-2958 | 367 River Road | Scarborough | NY | 10510 |
| 017-42 | Nolen, John | (617) 406-7136 | 183 Winthrop St. | Winthrop | MA | 02152 |
| 022-74 | Noonan, Daniel | (781) 740-4517 | 337 Rockland Street | Hingham | MA | 02043 |
| 016-42 | Noonan, Peter | (617) 259-6806 | 49 Massachusetts Ave | Quincy | MA | 02169 |
| 023-76 | Nordby, Rebecca | (617) 696-2823 | 37 Brandon Road | Milton | MA | 02186 |
| 024-72 | Nye, Shaun M | (774) 259-1181 | 750 N. Bedford St. Apt.3 | E. Bridgewater | MA | 02333 |
| 011-68 | Oakley, Caitlin | (617) 285-2639 | 237 Emerson Street | South Boston | MA | 02127 |
| 027-70 | O'Brien, Alexandra | (617) 698-5714 | 9 Columbine Road | Milton | MA | 02186 |
| 012-76 | O'Brien, Ellen | (781) 953-5234 | 101 W. Emerson St. | Melrose | MA | 02176 |
| 032-66 | O'Brien, Gregory | (617) 686-9576 | 53 Lombard Street | Newton | MA | 02458 |
| 018-68 | O'Connell, Jennifer L | | 81 Rhinecliff St | Arlington | MA | 02476 |
| 020-68 | O'Connell, Kristen M | (781) 641-2878 | 81 Rhinecliff St | Arlington | MA | 02476 |
| 033-74 | O'Connell, Melissa | (781) 641-2878 | 81 Rhinecliff Street | Arlington | MA | 02476 |

MCT/209928.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 032-66 | O'Connor, Kevin | (617) 288-8332 | 15 Roseland Street | Dorchester | MA | 02124 |
| 033-70 | O'Doherty-Popp, Victoria | (339) 788-1783 | 75 Gardner Street | Hingham | MA | 02043 |
| 010-76 | O'Grady, Mairead Siobhan | (617) 413-2351 | 9 Oak Road | Milton | MA | 02186 |
| 016-76 | O'Grady, Norman M | | 253 Market Street Apt. 5514 | Brighton | MA | 02135 |
| 016-68 | Olson, Laura | (401) 749-5506 | 55 Florence Road | Easthampton | MA | 01027 |
| 002-80 | O'Neil, Sarah | (603) 548-0389 | 8 Old Town Road | Auburn | NH | 03032 |
| 016-76 | O'Riordan, John | (781) 837-3208 | 134 Fairways Edge Dr | Marshfield | MA | 02050 |
| 074-46 | O'Sullivan, Donald | (617) 666-7973 | 16 Burnham St #1 | Somerville | MA | 02144 |
| 399-36 | Otte, L David | (617) 484-1188 | 9 Goden St | Belmont | MA | 02478 |
| 267-06 | Overchuck, Joan A | (781) 545-2599 | 127 Country Way #4 | Scituate | MA | 02066 |
| 010-70 | Palingo, Jennifer | (508) 822-7870 | 611 Park Place | Raynham | MA | 02767 |
| 030-64 | Passariello, Angela C | | 247 Lincoln St | Hingham | MA | 02043 |
| 010-68 | Pennella, Lou | (781) 331-0827 | 191 Oak St | Weymouth | MA | 02190 |
| 039-54 | Perra, Colleen | (860) 304-5671 | 4 Keyboard Lane | Ivoryton | CT | 06442 |
| 028-62 | Petroni, Edward | (774) 766-8059 | 54 Quarry Street | Quincy | MA | 02169 |
| 399-49 | Phillippi, Tracy | (920) 765-0196 | N2633 Bambi Court | Wautoma | WI | 54982 |
| 137-62 | Pike, Elizabeth | | 39 Mount Fern Ave. #2 | Brighton | MA | 02135 |
| 017-62 | Pinel III, Bruce | (781) 985-3764 | 11 Shaw Street | Weymouth | MA | 02191 |
| 028-72 | Preer, Lily | (617) 922-0681 | 31 Beacon Street Cir | Milton | MA | 02186 |
| 034-30 | Pudlo, Thomas W | | 42 Endicott St. | Weymouth | MA | 02189 |
| 111-62 | Puritz, Nathan | (607) 435-9538 | 38 Boston Street | South Boston | MA | 02127 |
| 014-74 | Quinn, Christopher | (617) 816-2783 | 36 Gaston Street | Medford | MA | 02155 |
| 015-70 | Rabinovitz, Benjamin | (781) 308-3429 | 30 Thaxter Street Apt. 13-1 | Hingham | MA | 02043 |
| 033-72 | Ramos, Tiffany | | 41 Pierce Road | Rockland | MA | 02370-1424 |
| 013-60 | Rea, Michael | (781) 925-4501 | 7 1/2 Highland Ave. | Hull | MA | 02045 |
| 024-74 | Reardon, Robert | (781) 391-2748 | 153 Ashcroft Road | Medford | MA | 02155 |
| 090-38 | Redfield, Edward P | (508) 726-1980 | 82 Amber Drive | E Bridgewater | MA | 02333 |
| 001-58 | Reed, Tina | (617) 480-6315 | 50 Waltham Street | Boston | MA | 02118 |
| 021-66 | Reynolds, Gregory | (781) 335-2707 | 14 Glines Avenue | Weymouth | MA | 02188 |
| 010-62 | Ridings, Scott | (617) 828-8937 | 6 Bolton Place | Charlestown | MA | 02129 |
| 033-66 | Rigby, Anne | (781) 270-6715 | 4 Carey Ave | Burlington | MA | 01803 |
| 021-74 | Rigby, Christopher | (781) 270-6715 | 4 Carey Ave | Burlington | MA | 01803 |
| 012-76 | Riley, Douglas | (781) 307-5984 | 11 Chestnut Street | Malden | MA | 02148 |

| | | | | | |
|---|---|---|---|---|---|
| 026-60 | Robinson, Nicole | (386) 235-9999 | 218 Middlesex Avenue Apt. 1B | Medford | MA | 02155 |
| 016-56 | Rogers, Dana | (617) 445-3076 | 2 Holburn St | Dorchester | MA | 02121 |
| 016-56 | Rogers, Dana F | (617) 445-3076 | 2 Holborn Park Apt. #4 | Dorchester | MA | 02121 |
| 014-70 | Rooney, Daniel | (617) 435-9406 | 251 School Street Apt. 2 | Somerville | MA | 02145 |
| 001-32 | Rowse, John | (617) 522-5366 | 133 Paul Gore Street | Jamaica Plain | MA | 02130-1814 |
| 040-82 | Ruggiero, Christopher | (617) 839-6250 | 67 High Street | East Haven | CT | 06512 |
| 012-74 | Russell, Keith | (617) 515-3708 | 33 Reading Hill Ave | Melrose | MA | 02127 |
| 021-72 | Ryan, Douglas | (781) 572-6358 | 13 Holden Avenue | Burlington | MA | 01803 |
| 028-62 | Rynek, Ethan | (617) 587-4336 | 57 West High St | Avon | MA | 02322 |
| 111-60 | Sammartano, Joseph | (617) 291-2654 | 21 Chelsea Street | Boston | MA | 02127 |
| 010-74 | Sanchez, Derick | (781) 266-7568 | 581 Beach Street | Revere | MA | 02151 |
| 011-70 | Sandeffer, Meagan N | | 3 Keyes Rd | Billerica | MA | 01821 |
| 016-74 | Sands, Madeline M | | 54 Lovell St | Weymouth | MA | 02191 |
| 045-78 | Santacroce, Jessica | (617) 894-3910 | 256 Parker Hill Ave. #8 | Roxbury Crossing | MA | 02120 |
| 021-54 | Santacroce, Steven J | (781) 961-3065 | 1123 Avalon Drive | Hull | MA | 02045 |
| 019-64 | Santoro, Michael V | (617) 312-8666 | 3 Leonard Cir | Medford | MA | 02155 |
| 018-64 | Schepici, Dustin M | (781) 521-2997 | 11 Smith Rd | Saugus | MA | 01906 |
| 032-70 | Shanahan, Conor | (781) 706-6839 | 4 Paton Terrace | Swampscott | MA | 01907 |
| 012-70 | Sheehan, Erin | (504) 352-4896 | 1700 Patricia Street | Key West | FL | 33040 |
| 026-62 | Sherlock, Kristina | (781) 956-2264 | 869 East Fourth St, Apt. 2 | South Boston | MA | 02127 |
| 030-44 | Sinagra, Joseph | (978) 281-5915 | 14 Lookout St. | Gloucester | MA | 01930 |
| 014-72 | Smollett, Samantha | (781) 335-4803 | 70 Rinaldo Road | Weymouth | MA | 02191 |
| 033-70 | Spellman, Shawn | (781) 706-6839 | 30 French Street Apt. 414 | Quincy | MA | 02171 |
| 399-42 | Spooner, Alexander | (781) 925-5270 | 12 Bluff Road | Hull | MA | 02045 |
| 011-60 | Sprague Jr, Donald G | (508) 259-1400 | 525 E. Second Street #7 | So. Boston | MA | 02127 |
| 010-74 | Stasinos, Jonathan | (781) 821-5344 | 14 Cherry Street Ct. | Plymouth | MA | 02360 |
| 019-74 | Stella, Nicholas | | 1 Egypt Avenue | Scituate | MA | 02066 |
| 017-52 | Stephanos, Tam C | (617) 763-8004 | 17 Highland Ave Apt. GC | Somerville | MA | 02143 |
| 034-34 | Steptoe, Paula | (508) 878-4588 | 576 Washington St. #405 | Weymouth | MA | 02188 |
| 022-36 | Stewart, Bruce R | (617) 653-3850 | P.O. Box 400258 | Cambridge | MA | 02140 |
| 088-76 | Storey, Matt | | 708 Chief Justice Cushing Hwy | Scituate | MA | 02066 |
| 029-74 | Tarrant, Kyle | (978) 346-9353 | P.O. Box 90 | Merrimac | MA | 01860 |
| 027-58 | Tavares, Audrey | (617) 445-2318 | 41 Fulda Street | Roxbury | MA | 02119 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 016-68 | Teahan, Delia | (781) 545-9692 | 168r Stockbridge Rd | Scituate | MA | 02066 |
| 032-70 | Theodossiou, Marianthi | (781) 223-8085 | 62 Highland Trail | Duxbury | MA | 02332 |
| 017-5 | Thibodeau, Joseph M | (781) 631-7024 | 10 Hawkes St. | Marblehead | MA | 01945 |
| 551-93 | Thomas, Heather | (760) 580-6411 | 28 Melbourne Street #1 | Dorchester | MA | 02124 |
| 625-26 | Thomas, Maloree | (760) 580-6411 | 28 Melbourne Street #1 | Dorchester | MA | 02124 |
| 028-70 | Tilden, Michele | (617) 733-8425 | 480 Summer Street | Weymouth | MA | 02188 |
| 003-54 | Timmons, Joseph | (617) 888-0547 | 1071 Saratoga Street | East Boston | MA | 02128 |
| 031-64 | Tobin, Sean M | (781) 662-2308 | 20 Perkins St | Stoneham | MA | 02180 |
| 024-72 | Tomkewicz, Matthew | (781) 662-6935 | 8 Echo Street | Melrose | MA | 02176 |
| 031-40 | Tondorf, Robert | (617) 259-7360 | 57 Lawn Avenue | Quincy | MA | 02169 |
| 023-60 | Underdown, Scott A | (781) 659-7603 | 38 Westwind Acres | Norwell | MA | 02061 |
| 034-58 | Veiga, Justin | (978) 502-5461 | 11 Essex Street Apt. 3 | Salem | MA | 01970 |
| 017-70 | Vitale, Anthony B | | 33 Alta Rd | Sudbury | MA | 01776 |
| 577-19 | Wadsworth, Tara | (508) 583-7335 | 257 Prospect Street | Brockton | MA | 02301 |
| 023-72 | Walsh, Eric | (781) 974-4823 | 33 Julia Road | Weymouth | MA | 02191 |
| 013-68 | Walsh, Timothy M | | 8 Churchill Street | Saugus | MA | 01906 |
| 021-28 | Waterhouse, Robert | (781) 934-0690 | 39 Captain's Hill Rd | Duxbury | MA | 02331 |
| 034-68 | Weare, James | (617) 427-2209 | 94 George Street | Roxbury | MA | 02119 |
| 018-70 | Weise, Michelle | (508) 944-0895 | 49 Plymouth Street #3 | E. Bridgewater | MA | 02333 |
| 431-65 | Wheat, Dekesha | (760) 580-6411 | 28 Melbourne Street #1 | Dorchester | MA | 02124 |
| 032-58 | Whitcher, Jeffrey M | (617) 922-4238 | 443 Randolph St | Abington | MA | 02351 |
| 022-68 | Williams, Colleen M | (617) 877-9462 | 793 Columbia Rd Apt. 3 | Dorchester | MA | 02125 |
| 024-70 | Williams, Patrick M | (617) 288-8923 | 793 Columbia Rd Apt. 3 | Dorchester | MA | 02125 |
| 026-68 | Wozniak, Michael | (617) 884-7840 | 96 Watts Street Apt 1 | Chelsea | MA | 02150 |
| 028-68 | Zaniboni, Stephanie | (617) 538-1190 | 275 Elm Street | Braintree | MA | 02184 |