**EXHIBIT 8.**

| # | Employee | Ending Date of Last Pay Period |
|---|---|---|
| 1 | Anderson, Abigail | 7/8/2006 |
| 2 | Belmonte, Melissa | 7/8/2006 |
| 3 | Billings, Leigh | 8/11/2007 |
| 4 | Bilodeau, Nancy | 7/15/2006 |
| 5 | Buck, Nathaniel | 6/18/2005 |
| 6 | Buckley, Matthew | 11/17/2007 |
| 7 | Call, Nicholas | 7/8/2006 |
| 8 | Capobianco, Andrew | 10/28/2006 |
| 9 | Cardenas, Susan | 4/5/2003 |
| 10 | Carrico, Keith | 5/18/2002 |
| 11 | Casura, Julius | 7/21/2007 |
| 12 | Chappell, Donald | 11/18/2006 |
| 13 | Clemons, Jason | 9/10/2005 |
| 14 | Correia, Phillip | 12/21/2002 |
| 15 | Coughlin, Colin | 9/2/2006 |
| 16 | Crane, Gail M. | 6/26/2004 |
| 17 | Deluca, Stephen | 9/16/2006 |
| 18 | Ditoro, David | 11/17/2007 |
| 19 | Divirgilio, Tania | 9/22/2007 |
| 20 | Durham, Chaz | 11/6/2004 |
| 21 | Feig, Lindsay | 8/12/2006 |
| 22 | Fitzgerald, Michael | 11/8/2003 |
| 23 | Foote, Jason | 12/15/2007 |
| 24 | Green, David | 3/3/2007 |
| 25 | Grossman, Toby | 4/20/2002 |
| 26 | Hamm, John | 8/16/2003 |
| 27 | Hunt, Jessica | 9/2/2006 |
| 28 | Grandfield, Daniel | 9/2/2006 |
| 29 | Keeley, James | 6/18/2005 |
| 30 | Kieta, Tamutamu | 7/14/2007 |
| 31 | Kirsch, William | 9/3/2007 |
| 32 | Lecorps, Naldo | 11/13/2004 |
| 33 | Lemire, Sean | 12/8/2007 |
| 34 | Lombardi, Nicholas | 8/19/2006 |
| 35 | London, William | 5/19/2007 |
| 36 | Mahoney, Laurie | 3/31/2007 |
| 37 | McDonagh, Ross | 7/8/2006 |
| 38 | McGrail, Edward | 12/27/2003 |
| 39 | McGrath, Sandra | 8/19/2006 |
| 40 | McLaughlin, Chris | 11/2/2002 |
| 41 | Moore, Courtney | 2/24/2001 |
| 42 | Moore, Keryn | 1/19/2002 |
| 43 | Noonan, Peter | 8/11/2007 |
| **44** | **Nye, Shaun** | **Current** |
| 45 | Penella, Lou | 9/4/2005 |
| 46 | Phillippi, Tracy | 8/4/2007 |
| 47 | Pohlman, Mark | 9/6/2003 |
| 48 | Pohlman, Mike | 9/25/2004 |
| 49 | Poisson, Leonora | 11/26/2005 |
| 50 | Rabinovitz, Benjamin | 5/20/2006 |
| **51** | **Riley, Douglas** | **Current** |

| | | |
|---|---|---|
| 52 | Rynek, Ethan | 11/13/2004 |
| 53 | **Sprague, Donald** | **Terminated Summer 2005** |
| 54 | Tavares, Audrey | 9/23/2006 |
| 55 | **Tomkewicz, Matthew** | **Current** |
| 56 | Tondorf, Robert | 11/3/2007 |
| 57 | Wadsworth, Tara | 6/3/2006 |
| 58 | Weare, James | 7/21/2007 |
| 59 | Whitcher, Jeffrey | 9/15/2007 |