**EXHIBIT 9.**

## PARTIAL LIST OF SHAPIRO HABER & URMY LLP
## OVERTIME CLASS ACTIONS

Shapiro Haber & Urmy has represented employees in a number of significant class actions in this Court, in the Massachusetts Superior Court and in other courts across the nation. Those cases include (but are not limited to) the following:

1. *McLaughlin v. Liberty Mutual Insurance Company*, U.S.D.C. MA, Civil Action No. 03-10316 (REK);

2. *Dooley v. Liberty Mutual Insurance Company*, U.S.D.C. MA, Civil Action No. 01-11029 (REK);

3. *Kane v. Gage Merchandising Services, Inc.*, U.S.D.C. MA, Civil Action No. 00-40185 (NMG);

4. *Loughran v. United Services Automobile Association, Inc.*, U.S.D.C. MA, Civil Action No. 00-12387 (RWZ);

5. *Robinson-Smith v. Govt. Employees Ins. Co.*, U.S.D.C. DC, Civil Action No. 1:01-cv-1344 (PLF);

6. *Lindsay v. Govt. Employees Ins. Co.*, U.S.D.C. DC, Civil Action No. 1:04-cv-01213 (PLF);

7. *Diaz v. AM Broadband, LLC*, U.S.D.C. MA, Civil action No. 2006-30051 (MAP);

8. *Martinez v. The J J Ryan Corporation*, U.S.D.C. CT, Civil Action No. 06-3:06-cv-00786 (CFD);

9. *Macone v. Pongratz Enterprises, Inc.*, U.S.D.C. MA, Civil Action No. 1:07-cv-11360 (PBS);

10. *Abrams v. Ames Department Stores, Inc.*, U.S.D.C. MA, Civil Action No. 95-1556 (RFK);

11. *Root v. Ames Department Stores, Inc.*, U.S.D.C. MA, Civil Action No. 96-11301 (GAO);

12. *Gould v. Ames Department Stores, Inc.*, Suffolk Superior Court, Civil Action No. CV95-1556;

13. *Goodrow v. Lane Bryant, Inc.*, Suffolk Superior Court, C.A. 95-3722 (H)