UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRIS McLAUGHLIN and
SANDRA McGRATH,
Individually and on Behalf of All Other
Persons Similarly Situated,

Plaintiffs,

v.

HARBOR CRUISES LLC and
NOLAN ASSOCIATES LLC
(both d/b/a "Boston Harbor Cruises")
and FREDERICK L. NOLAN III,

Defendants.

C.A. No.  06-CA-11299-GAO

## DECLARATION OF VINCENT P. DUNN, ESQ.

Vincent P. Dunn, Esq. states under pains and penalties of perjury:

1.     I am one of the counsel for the Plaintiffs in this action.

2.     I am a routine commuter on ferries operated by Boston Harbor Cruises ("BHC").  As such, over the last several months, I have had occasion to inquire of some crew members who appeared to be working more than 40 hours a week whether or not they had opted into this lawsuit.

3.     On two separate occasions, I was informed that individuals who were choosing to not opt into this lawsuit had made that choice because it had been made known throughout BHC that "the company would find a way to get rid of anyone who joined the suit" and because they were afraid of losing their jobs.

4.     Based on these conversations, it is my belief that employees who might qualify to participate in this lawsuit have chosen not to do so for fear of being fired.

Signed under penalties of perjury to the best of my information and belief this

_____ day of April, 2008.

Vincent P. Dunn, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to anyone indicated as nonregistered participants on the day of its filing.

/s/   Thomas V. Urmy, Jr.
Thomas V. Urmy, Jr.