UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS McLAUGHLIN and<br>SANDRA McGRATH,<br>Individually and on Behalf of All Other<br>Persons Similarly Situated,<br><br>           Plaintiffs,<br><br>  v.<br><br>HARBOR CRUISES LLC and<br>NOLAN ASSOCIATES LLC<br>(both d/b/a "Boston Harbor Cruises")<br>and FREDERICK L. NOLAN III,<br><br>           Defendants. | C.A. No. 06-CA-11299-GAO |

## DECLARATION OF SHAUN M. NYE

Shaun M. Nye states under pains and penalties of perjury:

1. I am an opt-in plaintiff in this action. I am a current employee at Boston Harbor Cruises ("BHC"), where I have worked as a Deckhand since October 2003.

2. In this lawsuit, I seek to recover unpaid overtime wages owed to me for work done during the period beginning on July 27, 2004 and ending on the date of final disposition of this action (the "Class Period").

3. In late 2007, I received a copy of the Court-authorized Notice in this action advising me of my right to opt in as a plaintiff. As a current employee of BHC, I was fearful that if I joined this case, the company would retaliate against me. However, I decided to take the risk because I am graduating from college soon and will be pursuing another career at some point thereafter. I chose to do so as late as possible so as to minimize the time period that I would have to work at BHC afterward.

4.  My opt in consent, which I signed on January 9, 2008, was filed with the Court on January 10, 2008.

5.  Immediately after my consent was filed, I noticed that I was being treated differently at work. For instance, I was submitted to drug testing within a week of my having filed a consent in this lawsuit, something which had never happened to me during my entire tenure at BHC. Paperwork related to my drug testing, reflecting that it occurred on January 17, 2008, is attached hereto as Exhibit 1.

6.  I have spoken with roughly 15 or so other current employees at BHC, both Deckhands and Galley Staff. All have told me that they are scared to participate actively in this lawsuit because they fear retaliation by BHC, either in the form of a reduction in hours or a loss of their jobs.

7.  Based on the treatment I received following the filing of my consent, and based on these conversations with my coworkers, I believe that other current BHC employees decided not to opt in to this lawsuit for fear of retaliation by the company.

Signed under penalties of perjury to the best of my information and belief this 28th day of April, 2008.

_____
Shaun M. Nye

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to anyone indicated as nonregistered participants on the day of its filing.

/s/ Thomas V. Urmy, Jr.
Thomas V. Urmy, Jr.

**EXHIBIT 1.**

Claim Number:       **Concentra Medical Centers (Mass)**        Service Date: 01/17/2006

One Harborside Dr EAST BOSTON, MA 02128
Phone: (617) 568-6500   Fax: (617) 568-6573

## Non-Injury Status Report

**Patient:** Nye, Shawn
**SSN:** 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
**Address:** 285 East Main St
NORTON, MA 02766
**Home:** (774) 259-1181
**Work:**     **Ext.:**

**Employer Location:** Boston Harbor Cruises
**Address:** One Long Wharf
BOSTON, MA 02110
**Auth. by:**

**Contact:** JP Veiga
**Role:** Primary Contact
**Phone:** (617) 227-4321  **Ext.:**
**Fax:** (617) 723-2011

### This Visit:

Time In: 10:40 am    Time Out: 11:10 am    Visit Type: New

*Reg Collect UDS & Breath Alcohol Test*
Regulated UDS Collect

### Result Status:

No Status Required

Remarks:

**AIN**

SPECIMEN ID NO. _____

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888) 222-4894

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

C. Donor SSN or Employee I.D. No.

D. Reason for Test:  ☐ Pre-employment   ☐ Random   ☐ Reasonable Suspicion/Cause   ☐ Post Accident
☐ Return to Duty   ☐ Follow up   ☐ Other (specify) _____

E. Drug Tests to be Performed:  ☐ THC, COC, PCP, OPI, AMP   ☐ THC & COC Only   ☐ Other (specify)

F. Collection Site Address:

Collector Phone No: _____

Collector Fax No: _____

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100°F? ☐ Yes  ☐ No, Enter Remark | Specimen Collection: ☐ Split  ☐ Single  ☐ None Provided (Enter Remark) | ☐ Observed (Enter Remark)

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable Federal requirements.

X _____ Signature of Collector    Time of Collection AM/PM    SPECIMEN BOTTLE(S) RELEASED TO:

(PRINT) Collector's Name (First, MI, Last)    Date (Mo/Day/Yr)    Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:**

X _____ Signature of Accessioner

(PRINT) Accessioner's Name (First, MI, Last)    Date (Mo/Day/Yr)

Primary Specimen Bottle Seal Intact    SPECIMEN BOTTLE(S) RELEASED TO:
Yes
No, Enter Remark Below

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector, that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____ Signature of Donor    PRINT Donor's Name (First, MI, Last)    Date (Mo/Day/Yr)

Daytime Phone No: (___) ___-____    Evening Phone No: (___) ___-____    Date of Birth ___/___/___

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5) –DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE
☐ DILUTE                                                      ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____ Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo/Day/Yr)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM – REASON _____

X _____ Signature of Medical Review Officer    (PRINT) Medical Review Officer's Name (First, MI, Last)    Date (Mo/Day/Yr)

**COPY 5 - DONOR COPY**