UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRIS McLAUGHLIN and<br>SANDRA McGRATH,<br>Individually and on Behalf of All Other<br>Persons Similarly Situated,<br><br>                             Plaintiffs,<br><br>          v.<br><br>HARBOR CRUISES LLC and<br>NOLAN ASSOCIATES LLC<br>(both d/b/a "Boston Harbor Cruises")<br>and FREDERICK L. NOLAN III,<br><br>                             Defendants. | C.A. No.  06-CV-11299-GAO |

JOINT MOTION TO SET PRETRIAL SCHEDULE

Pursuant to Local Rule 16(F) the parties jointly request that the Court approve the following schedule in this matter:

1.     By October 9, 2009, Plaintiffs shall file a declaration describing the process by which class notice was given and the attempts made to locate class members whose notices were returned as undeliverable.

2.     By October 16, 2009, Defendants shall discuss with Plaintiffs' counsel Defendants' position as to whether class members whose notices were returned should not remain class members. If Defendants seek to have any such persons excluded from either of the certified classes, they shall so move on or before October 30, 2009. Plaintiffs' response to any such motion shall be filed by November 13, 2009.

3.     By October 30, 2009 Defendants shall provide to Plaintiffs payroll data

consisting of the number of hours worked by and the amount of compensation paid to each class member and each opt-in Plaintiff during each week between July 27, 2004 and the date of production of the information. Such payroll data shall be updated by Defendants one week before the trial of this case. To the extent possible, such information shall be provided in electronic or machine-readable form. The Parties shall confer regarding the most appropriate manner of producing such information. It shall not be necessary for the Defendants to duplicate any such information that they may have already provided to Plaintiffs' counsel relating to opt-in Plaintiffs.

4.  By December 18, 2009 each party shall provide to the other updated disclosures called for by Fed. R. Civ. P. 26 and Local Rules 26 and 16.5(D), including, *inter alia*, the names of all trial witnesses (including expert witnesses, if any) and initial expert disclosures.

5.  By January 15, 2010 each party shall identify any additional expert witnesses it proposes to call to testify regarding expert testimony designated by the opposing side and provide expert disclosures with respect to each such witness's testimony.

6.  All discovery (including expert discovery) shall be completed by February 19, 2010.

7.  The parties shall hold the conference required by Local Rules 16.5(C) and (D) on or before March 1, 2010.

8.  The Joint Pretrial Memorandum shall be filed on or before March 30, 2010.

7.  The Final Pretrial Conference shall be held on April 16, 2010.

8.  Trial Memoranda shall be filed by April 21, 2010.

9.  Trial will begin on April 26, 2010 / May 3, 2010.

Dated: October 2, 2009   By their Attorneys,

        s/Thomas V. Urmy, Jr.
Thomas V. Urmy, Jr., BBO No. 506620
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiffs

        s/Mary E. O'Neal
Mary E. O'Neal, BBO No.379325
MASTERMAN CULBERT & TULLY LLP
1 Lewis Wharf
Boston, MA 02110
(617) 227-8010

Attorneys for Defendants

So Ordered by the Court this _____ day of October, 2009.

        _____
        George A. O'Toole, USDJ