UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
CHRIS McLAUGHLIN and                            )
SANDRA McGRATH,                                 )
Individually and on Behalf of                   )
All Other Persons Similarly Situated,           )          CIVIL ACTION NO.
    Plaintiffs                          )          06-CA-11299-GAO
                                                )
v.                                              )
                                                )
HARBOR CRUISES LLC, NOLAN ASSOCIATES            )
LLC and FREDERICK L. NOLAN, III                 )
    Defendants                          )
_____)


**AFFIDAVIT OF MARY E. O'NEAL IN SUPPORT OF DEFENDANTS' MOTION
TO EXCLUDE INDIVIDUALS AS CLASS MEMBERS
AND FOR AN ORDER REQUIRING PLAINTIFFS' DISCLOSURE OF NOTICE
PROCEDURE**


       I, Mary E. O'Neal, state the following under pains and penalties of perjury.

1.      I am an attorney licensed to practice in the Commonwealth of Massachusetts.  I

am a partner in the firm of Masterman Culbert & Tully LLP located at One Lewis Wharf

in Boston, Massachusetts, 02110.

2.      I represent the Defendants in this action.

3.      Attached as Exhibit "A" are excerpted copies of pages from the list of class

members and their addresses provided by the Defendants to the Plaintiffs.

4.      Attached as Exhibit "B" is a copy of a September 14, 2009 e-mail from Plaintiffs'

counsel to me, including the attached lists.

5.      Attached as Exhibit "C" is a copy of a June 1, 2009 e-mail from Plaintiffs'

counsel to me, including the attached Notice.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th

DAY OF OCTOBER, 2009.

 /s/  Mary E. O'Neal
MARY E. O'NEAL

## CERTIFICATE OF SERVICE

I, Mary E. O'Neal, Attorney for Defendants hereby certify that the foregoing Affidavit of Mary E. O'Neal in Support of Defendants' Motion to Exclude Individuals as Class Members and for an Order Requiring Plaintiffs' Disclosure of Notice Procedure, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of the Electronic Filing.

/s/ Mary E. O'Neal
MARY E. O'NEAL

Dated: October 30, 2009