UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRIS McLAUGHLIN and<br>SANDRA McGRATH,<br>Individually and on Behalf of<br>All Other Persons Similarly Situated,<br><br>   Plaintiffs<br><br>v.<br><br>HARBOR CRUISES LLC, NOLAN ASSOCIATES<br>LLC and FREDERICK L. NOLAN, III<br>   Defendants | CIVIL ACTION NO.<br>06-CA-11299-GAO |

**JOINT MOTION TO AMEND SCHEDULING ORDER AND REQUEST FOR
EXPEDITED CONSIDERATION OF MOTION**

  The Plaintiffs and Defendants jointly move this Honorable Court to permit the amendment of the Scheduling Order presented by the parties on October 2, 2009 and allowed by the Court on October 5, 2009, in the manner described in the Proposed Amended Scheduling Order attached to this Motion as Exhibit "A." The Proposed Amended Scheduling Order would permit the Defendants to present a Motion for Summary Judgment on an issue of law that may be dispositive of the case, as explained below.

  As a result of discovery conducted by the parties, including the expert witness reports provided by the Defendants to the Plaintiffs, the parties have identified an issue that could be dispositive of the case. Specifically, the vessels on which the Plaintiffs worked are small passenger vessels as defined by federal statute and federal regulations,

which are required to be inspected by the United States Coast Guard ("USCG"). As provided under the statute and regulations, the USCG issues Certificates of Inspection ("COI") for each vessel which mandate the presence, and specify the minimum number, of deckhands that must be aboard the vessels for them to be lawfully operated for the purpose of transporting passengers. The number of Plaintiffs and class members assigned by Defendants to each specific vessel is determined by the COI issued for that vessel by the USCG.

It is the position of the Defendants that the fact that the USCG-issued COI for each vessel determines the number of deckhands required to be aboard that vessel means that as a matter of law the Plaintiffs and the members of both classes are in fact "seam[en]" within the contemplation of both the FLSA and Massachusetts law, and that for this reason they are not entitled to overtime pay under either statute. Plaintiffs dispute this position and contend that it is the manner in which Plaintiffs and the class members actually spend their work time that should determine whether the "seaman" exemption applies to them. Both parties recognize that if the legal position of the Defendants is correct, a decision by the Court so finding would likely obviate the need for a trial, and that if the issue is not resolved now, the Court will be required to resolve it later, in the context of the trial.

The parties wish to pursue the determination of this potentially case dispositive issue by the Defendants' submission of a Motion for Summary Judgment (which the Plaintiffs intend to oppose). Should the Motion for Summary Judgment not be decided in favor of the Defendants, the parties have agreed to pursue mediation in an attempt to resolve the case, and should this not be successful, to thereafter try the case. The parties

believe that whatever the disposition of the motion, this course could well resolve the issues in the case in a more efficient manner, either through the entry of summary judgment or through a negotiated settlement, and that this manner of proceeding could well obviate the need for what the parties expect will be a time consuming and expensive trial, currently scheduled for two weeks commencing on April 26, 2010.

The parties respectfully request the Court's expedited consideration of this motion, given the current deadlines under which the parties are operating, in accordance with the Court's Order of October 5, 2009, with which the parties must comply in the absence of the Court's allowance of this motion.

    Respectfully submitted,

    **CHRIS McLAUGHLIN and
SANDRA McGRATH,
Individually and On Behalf of All Other
Persons Similarly Situated**,

    By their attorneys,

    **/s/ Thomas V. Urmy**
Thomas V. Urmy, Jr.--BBO #506620
Todd S. Heyman--BBO #643804
Charles E. Tompkins--BBO #643336
Adam M. Stewart—BBO # 661090
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, Massachusetts 02109
(617) 439-3939
turmy@shulaw.com
theyman@shulaw.com
ctompkins@shulaw.com
astewart@shulaw.com

        Vincent P. Dunn--BBO #551034
**MELICK, PORTER & SHEA, LLP**
28 State Street
Boston, Massachusetts 02109
(617) 523-6200
vdunn@melicklaw.com


**HARBOR CRUISES LLC,
NOLAN ASSOCIATES LLC AND
FREDERICK L. NOLAN, III**

By their attorneys,


**/s/ Mary E. O'Neal**
Mary E. O'Neal--BBO # 379325
Patricia A. Granger--BBO #565993
**MASTERMAN, CULBERT & TULLY LLP**
One Lewis Wharf
Boston, Massachusetts 02110
(617) 722-8100
meo@mctlaw.com
pag@mctlaw.com

Dated: January 22, 2010