**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHRIS McLAUGHLIN and SANDRA McGRATH, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>HARBOR CRUISES LLC and NOLAN ASSOCIATES LLC (both d/b/a "Boston Harbor Cruises") and FREDERICK L. NOLAN III,<br><br>                              Defendants. | C.A. No. 06-CV-11299-GAO |

**DECLARATION OF CHARLES E. TOMPKINS SUBMITTED IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Charles E. Tompkins hereby states under the penalties of perjury:

1. I am a member of the law firm Shapiro Haber & Urmy LLP, which represents the Plaintiffs in this action. I believe everything stated herein to be true.

2. I submit this declaration in opposition to Defendants' Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and accurate copy of the transcript of the Deposition of Jon-Paul Veiga taken by me on February 2, 2010.

4. Attached hereto as Exhibit 2 is a true and accurate copy of the Brief for the Secretary of Labor as Amicus Curiae dated August 20, 2004 and filed in the Court of Appeals for the First Circuit in Support of Plaintiff-Appellant Megan McLaughlin in *McLaughlin v. Boston Harbor Cruise Lines, Inc., et al.,* No. 04-1519 (1st Cir. 2004).

5. Attached hereto as Exhibit 3 is a true and accurate copy of the Expert Report of Dr. Robert G. Radwin dated December 18, 2009.

6. Attached hereto as Exhibit 4 is a true and accurate copy of the transcript of the Deposition of Plaintiff Christopher A. McLaughlin, taken by counsel for the Defendants on January 26, 2010.

7. Attached hereto as Exhibit 5 is a true and accurate copy of the transcript of the Deposition of Sandra M. McGrath taken by counsel for the Defendants on January 22, 2010.

Signed under penalties of perjury this 14th day of May, 2010.

**/s/ Charles E. Tompkins**
Charles E. Tompkins

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the ECF system, will be sent electronically to the registered participants on the date of its filing with the Court.

**/s/ Charles E. Tompkins**
Charles E. Tompkins